# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DAVID LEVERAGE, et al

_____,                   CASE NO.  16-cv-00784-KAW_____
                    Plaintiff(s),

             v.                              STIPULATION AND [PROPOSED]
TRAEGER PELLET                               ORDER SELECTING ADR PROCESS
GRILLS, LLC, ET AL_____,
                    Defendant(s).
_____/


       Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

       **Court Processes:**
☐      Non-binding Arbitration (ADR L.R. 4)
☐      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
*appreciably more likely to meet their needs than any other form of ADR must participate in an*
*ADR  phone conference and may not file this form.  They must instead file a Notice of Need for*
*ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*


       **Private Process:**
☑      Private ADR *(please identify process and provider)*  _____

Private mediation with Mark Rudy
_____


The parties agree to hold the ADR session by:
☐      the presumptive deadline *(The deadline is 90 days from the date of the order*
      *referring the case to an ADR process unless otherwise ordered. )*

☑      other requested deadline  10/30/2016 due to mediator availability_____


Dated: 5/6/2016_____                        _/s/ John H. Crouch, IV_____
                                             Attorney for Plaintiff


Dated: 5/6/2016_____                        _/s/ David P. Fuad_____
                                             Attorney for Defendant


CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☑    The parties' stipulation is adopted and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 05/10/16

_Kandis Westmore_

UNITED STATES MAGISTRATE JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11