# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEVERAGE, MICHAEL LENTINI, and PETER DANA as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAEGER PELLET GRILLS, LLC, and XEN 2, INC.,<br><br>Defendants. | CASE NO. 4:16-cv-784-KAW<br><br>Assigned to: Hon. Kandis A. Westmore<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR CONDITIONAL CERTIFICATION AND SETTING A BRIEFING SCHEDULE**<br><br>*[FILED CONCURRENTLY WITH STIPULATION TO EXTEND TIME TO FILE MOTION FOR CONDITIONAL CERTIFICATION AND SET A BRIEFING SCHEDULE]* |

# [PROPOSED] ORDER

In light of the Parties' Stipulation to Extend Time to File Motion for Conditional Certification and Set a Briefing Schedule (the "Stipulation") and good cause appearing therefor, the Court hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiffs' deadline to file a Motion for Conditional Certification is extended to October 4, 2016;
2. Defendant's response to the Motion for Conditional Certification will be due November 14, 2016; and
3. Plaintiffs' reply brief will be due December 2, 2016.

**IT IS SO ORDERED.**

DATED: 9/2/16

_____
Honorable Kandis A. Westmore
United States District Judge

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR CONDITIONAL CERTIFICATION AND SETTING A BRIEFING SCHEDULE